WILLIAM J. ROGALSKY, PLAINTIFF-RESPONDENT, v. PLYMOUTH HOMES, INC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Ryan, Saros, Davis & Stone* for the petitioners.

*Messrs. Tiernan, Strulowitz & Cooperman* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RALPH H. INGENITO, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. A. Donald Begley* and *Mr. John P. Jehl* for the respondent.

July 8, 1968. Denied.

MARY BARON, *ET AL.*, PLAINTIFFS-PETITIONERS, v. DR. LUCIEN HIRSCH, DEFENDANT-RESPONDENT.

*Mr. Joseph Butt* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Zucker, Lowenstein, Gurney & Zucker* and *Mr. Irwin L. Facher* for the respondent.

July 8, 1968. Denied.